Jeffrey M. Lenkov (State Bar No. 156478)
*jeffrey.lenkov@manningkass.com*
Tanya Prouty (State Bar No. 309650)
*tanya.prouty@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, BOSTON MARKET CORPORATION, a Delaware Corporation dba BOSTON MARKET

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA AGUIRRE, an Individual,<br><br>           Plaintiff,<br><br>     v.<br><br>BOSTON MARKET CORPORATION, a Delaware Corporation dba BOSTON MARKET; and DOES 1 to 50, Inclusive<br><br>           Defendants. | **CASE NO,: 2:21-cv-06342-FWS-KSx.**<br><br>**NOTICE OF MOTION AND MOTION TO BE RELIEVED AND TO WITHDRAW AS ATTORNEY OF RECORD OR IN THE ALTERNATIVE MOTION TO CONTINUE TRIAL**<br><br>*Filed concurrently with Memorandum of Points and Authorities; Declaration of Tanya L. Prouty*<br><br>**Date:   October 5, 2023**<br>**Time:  10:00 a.m.**<br>**Dept.:  10D**<br><br>Action Filed:      04/2/2021 |

**TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD**:

NOTICE IS HEREBY GIVEN that Manning and Kass will move the Court for an Order permitting the firm to withdraw as counsel of record for Defendant Boston Market Corporation, a Delaware Corporation dba Boston Market.

The Motion will be made on the grounds that:

1. There has been a failure and refusal by the client to pay the moving

1
**NOTICE OF MOTION AND MOTION TO BE RELIEVED AND TO WITHDRAW AS ATTORNEY OF RECORD OR IN THE ALTERNATIVE MOTION TO CONTINUE TRIAL**



1 party's attorneys' fees after being reasonably requested to do so.

2. There has been an irremediable breakdown of the attorney-client relationship in this matter,

3. Client is not participating in the litigation thereby rendering it unreasonably difficult for the moving party to continue representation of the client as client's attorney in the within lawsuit.

The motion will be based upon this Notice of Motion, on the Declaration of Tanya Prouty, the attached Memorandum of Points and Authorities served and filed herewith, and on such further oral and documentary evidence as may be presented at the hearing of the Motion.

DATED:  August 29, 2023

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:     */s/ Tanya L. Prouty*
Tanya Prouty, Esq.
Attorneys for Defendant, Boston Market Corporation, a Delaware Corporation dba Boston Market

# MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO BE RELIEVED AND TO WITHDRAW AS COUNSEL

## 1. INTRODUCTION

Since present counsel assumed the representation of Defendant Boston Market Corporation, a Delaware Corporation dba Boston Market in this lawsuit, the relationship between counsel and their client has deteriorated such to the point that counsel is unable to effectively communicate with or represent the interests of Defendant. Due to these facts, Defense Counsel and its firm, is no longer able to represent the interests of Defendant in a manner they deems proper, and they therefore respectfully requests this Court to permit Manning & Kass to withdraw as counsel of record.

## 2. COUNSEL SHOULD BE PERMITTED TO WITHDRAW FROM A CASE AS ATTORNEY OF RECORD WHEN THE CLIENT HAS FAILED AND REFUSES TO PAY ATTORNEYS' FEES.

Statutory and decisional law both provide that an attorney may be permitted by the Court to withdraw from a case at any time before or after judgment or final determination. *Cal. Code Civ. Proc.* Section 284, *People v. Prince,* 268 Cal. App. 2d 398, 406 (1968).

Moreover, Courts usually permit an attorney to withdraw from the case. *People v. Prince* at 406. In the instant action, Defendant's counsel, Tanya Prouty and Jeffrey Lenkov, of Manning & Kass' communicated with Defendant's then Head of Litigation, Seth Jessee, and expressed Manning & Kass' intent to withdraw as counsel of record, Mr. Jessee expressed that he understood the decision. (Prouty's Decl. ) Defendant was also informed of the consequences when corporation goes without counsel. (Prouty Decl. )

In addition, despite several demands made over the last five months, Defendant, who is responsible for the payment of counsel's fees have demonstrated an unwillingness and refusal to pay the attorneys' fees to the moving party.

1 Decisional law further indicates that withdrawal will be permitted when the client
2 fails or refuses to pay or secure the proper attorneys' fees after being reasonably
3 requested to do so. *People v. Prince* at 406-407. In the instant action, as set forth in
4 the Declaration of counsel, Plaintiff has been repeatedly requested to pay the
5 outstanding attorneys' fees, yet have failed and refused and continue to fail and
6 refuse to do so. Considering, Defendant is about to file for bankruptcy, it will not be
7 very likely that Defendant will be able to pay for the attorneys' fees.

8     Defendant has also been unwilling to properly participate in the litigation of
9 this case being non-responsive of substantive inquiries into fact and discovery.
10 (Prouty Decl. 2)

11     As a result of the above-stated facts, it has become unreasonably difficult for
12 the moving party to continue representation of Defendant in this matter.

**3. COUNSEL HAS PROPERLY COMPLIED WITH ALL RULES AND GUIDELINES.**

15     Counsel informed Defendant that as a consequence of Counsel withdrawing
16 as its attorney Defendant, as a corporation, would be unable to act in the current
17 lawsuit. Defendant without representation would be unable to file pleadings, make
18 motions, or present evidence. *D-Beam Ltd. Partnership v. Roller Derby Skates, Inc.*,
19 366 F.3d 972 (2004) Central District of California Local Rule L.R. 83-2.1.1.3.
20 Counsel explained this to Defendant in a letter attached as Exhibit 3. (Prouty Decl.
21 3)

**4. IF THE COURT FINDS THAT UNREASONABLE DELAY WILL OCCUR, ALTERNATIVELY THE COURT SHOULD CONTINUE TRIAL.**

25     Per the May 22, 2023 trial scheduling order, trial in this matter is set to begin
26 on October 31, 2023. That is two months away as of the writing of this motion.

27     There remains sufficient time prior to trial for Defendant to retain other
28 counsel. As such, no injustice or prejudice will result to any party hereto by our

withdrawal as counsel of record in this matter. (Prouty Decl. 8)

If the Court finds that a counsel withdrawing would prejudice Defendant, then counsel requests that the Court continue the trial so new counsel representing Defendant may adequately prepare.

## 5.   CONCLUSION

For all the above reasons, as well as for those set forth in the attached declaration of counsel, it is respectfully submitted that this Court grant the Motion of Defense Counsel, Jeffrey Lenkov and Tanya Prouty and Manning & Kass and permit them to withdraw as attorney of record for Defendant, Boston Market Corporation, a Delaware Corporation dba Boston Market.

DATED: August 29, 2023

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By:   */s/ Tanya L. Prouty*
Tanya L. Prouty, Esq.
Attorneys for Defendant, Boston Market Corporation, a Delaware Corporation dba Boston Market

**DECLARATION OF TANYA L. PROUTY IN SUPPORT OF MOTION TO WITHDRAW AND TO BE RELIEVED AS COUNSEL**

I, Tanya Prouty, declare that:

1. I am an attorney at law, duly licensed to practice before all of the Courts of the State of California, and am currently one of the attorney of record herein for Defendant Boston Market Corporation, a Delaware Corporation dba Boston Market. I make this Declaration in support of the Motion to withdraw and to be relieved as attorney of record in this matter. I have personal knowledge of the facts set forth herein, and if called upon as a witness to testify to the truth thereof, I could and would competently do so.

2. In several communications with Defendant's Head of Litigation Seth Jessee, Defendant has demonstrated its unwillingness and refusal to pay our fees in connection with the handling of this action. Defendant has not paid their fees owed to us since December 2022. Moreover, Mr. Jessee has been unresponsive, and is apparently no longer with Boston Market. Attached hereto as Exhibits 1 & 2 are true and accurate emails from Seth Jesse regarding the above. On August 24, 2023, I mailed a certified letter to Defendant's addresses below explaining the consequences of a corporation like Defendant not having counsel—this letter is Exhibit 3.

3. As a result of the above as well as other facts which cannot be disclosed herein, my firm and I can no longer render proper or adequate legal services to our client as it has become unreasonably difficult to do so.

4. There remains sufficient time prior to trial for Defendant to retain other counsel. As such, no injustice or prejudice will result to any party hereto by our withdrawal as counsel of record in this matter. If this Court disagrees, Defendant requests that the Court continue the trial so Defendant can obtain new counsel.

5. This motion is being made rather than filing a consent under *Code of Civil Procedure,* Section 284(1). Defendant has indicated that they would consent to our withdrawal as attorney of record. Attached hereto as Exhibit 1 is a true and

accurate copy of an email from Defendant indicating the above.

6. The mailing address of Defendant is
**Boston Market**
**121 Friends Lane**
**Suite 301**
**Newtown, PA 18940**

**Boston Market Corp.**
**14103 Denver West Parkway**
**Golden, CO 80401**
**Phone: (303) 216-5578**
**Fax: (303) 216-5588**

and its address for service of process is CT Corporation

**Attention: Amanda Garcia**

**330 N. Brand Blvd.**

**Glendale Ca**

In addition, the notice of this Motion is being served on Defendant by way of certified mail, return receipt requested. Should the Court deem it necessary, counsel will produce the original return receipt at the time of hearing the within motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this August 29, 2023 at Los Angeles, California.

By: _/s/ Tanya L. Prouty_
Tanya L. Prouty
Attorneys for Defendant, BOSTON MARKET CORPORATION

---

7
**NOTICE OF MOTION AND MOTION TO BE RELIEVED AND TO WITHDRAW AS ATTORNEY OF RECORD OR IN THE ALTERNATIVE MOTION TO CONTINUE TRIAL**