NOTE; CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA AGUIRRE, an Individual, | Case No. 2:21-cv-06342-FWS-KS |
| Plaintiff, | Judge:  Hon. Fred W. Slaughter<br>Courtroom:    10D |
| v. | |
| BOSTON MARKET CORPORATION, a Delaware Corporation dba BOSTON MARKET; and DOES 1 to 50, Inclusive. | **ORDER RE STIPULATION TO REMAND REMOVED ACTION [50]** |
| Defendants. | Action Filed:   04/2/2021<br>Trial Date:      10/31/2023 |

Having reviewed and considered the Stipulation to Remand Removed Action [50], filed by Plaintiff LORENA AGUIRRE and Defendant BOSTON MARKET CORPORATION, the files and records of the case, the applicable law, and good cause appearing, the court **ORDERS** the following:

///

///

///

1.  The above-captioned case is **REMANDED** to Los Angeles County Superior Court as Case No. 21STCV12546; and

2.  Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the above-captioned case.

**IT IS SO ORDERED**.

Dated: February 7, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE